## Steel *against* Young,

The trustee of an habitual drunkard can not be sued upon a contract entered into before inquisition found, although he may have effects in his hands sufficient to pay.

ERROR to the common pleas of *Westmoreland* county.

This was an action of covenant, brought by Joseph Young against John Steel, surviving guardian and trustee of Alexander Campbell, an habitual drunkard.   The declaration set out that Alexander Campbell, before inquisition found, had entered into the covenant to pay, upon which the action was brought, &c. The defendant pleaded specially that the covenant was of Alexander Campbell, and not of him the defendant.   To which the plaintiff replied specially, setting forth the inquisition and proceedings, and that effects of Alexander Campbell to an amount sufficient to pay, &c. came to the defendant's hands; to which the defendant demurred and the plaintiff joined in the demurrer.   The court below gave judgment for the plaintiff.

*H. D. Foster,* for plaintiff in error, contended, that no action would lie, and cited, *Purd. Dig.* 586 ; *Ibid.* 222 ; 2 *Law Lib.* 258,

*Armstrong,* for defendant in error.

PER CURIAM.—A person found to be an habitual drunkard is not civilly dead, so as to transfer his rights and responsibilities to his trustees as administrators.   The inquisition devolves on them the same duties that an inquisition of lunacy devolves on his committee, who are certainly not chargeable with his actions.   So far is this principle carried, that such committee cannot sue, even inequity, without making him a party,    It is impossible to sustain the present action,

Judgment reversed,